UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAIME JENSEN,

            Plaintiff,

      v.

NATROL, LLC,

            Defendant.

Case No.  17-cv-03193-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Richard Seeborg for consideration of whether the case is related to *Greenberg v. Target Corp.*, No. 17-cv-01862-RS.

      **IT IS SO ORDERED.**

Dated: September 6, 2017

_____
VINCE CHHABRIA
United States District Judge