UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JENSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>NATROL, LLC,<br><br>        Defendant. | Case No. 17-cv-03193-VC<br><br>**ORDER RE HEARING ON MOTION TO CERTIFY CLASS** |

The plaintiff should file, by 8:00 p.m. on Wednesday, January 22, 2020, a draft proposed jury instruction and verdict form for each of (1) the proposed nationwide class, and (2) the proposed multi-state class.

The parties should also be prepared to discuss at the hearing whether it would be appropriate to certify a class that excludes persons who fall into the 0.00138% of the population with biotin-related disorders. The idea would be that potential class members would be asked to self-identify if they fall into that category.

    **IT IS SO ORDERED.**

Dated: January 21, 2020

VINCE CHHABRIA
United States District Judge