# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JENSEN,<br><br>      Plaintiff,<br><br>      v.<br><br>NATROL, LLC,<br><br>      Defendant. | Case No. 17-cv-03193-VC<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 120 |

Jensen's administrative motion to file under seal is denied because Natrol did not file a supporting declaration as required by Civil Local Rule 79-5(e). In any event, the motion is, at a minimum, overbroad. Jensen is ordered to refile unredacted versions of its brief and the relevant exhibits on the docket on the timeline specified in Civil Local Rule 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: January 27, 2020

VINCE CHHABRIA
United States District Judge