UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JENSEN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATROL, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 3:17-CV-03193-VC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ENTRY OF THIRD AMENDED SCHEDULING ORDER**  <span style="color:red">AS MODIFIED</span><br><br>Judge: Hon. Vince Chhabria<br>Ctrm: 4, 17th Floor |

Having considered the Parties' Stipulated Request for Entry of Amended Scheduling Order and good cause appearing, the Court **GRANTS** the Parties' Request.

**IT IS HEREBY ORDERED THAT** the Case Management Order for this case is as follows and all Parties shall comply with its provisions:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Response Expert Reports |  | November 17, 2020 |
| Deadline for Expert Depositions | November 17, 2020 | December 18, 2020 |

CASE NO. 3:17-CV-03193-VC
ORDER GRANTING STIPULATED REQUEST FOR ENTRY OF THIRD AMENDED SCHEDULING ORDER

| | | |
|---|---|---|
| Plaintiff's Renewed Class Certification Motion | December 1, 2020 | January 15, 2021 |
| Defendants' Opposition to Renewed Class Certification | December 29, 2020 | February 12, 2021 |
| Plaintiff's Reply ISO Renewed Class Certification Motion | January 19, 2021 | March 5, 2021 |
| Hearing | February 11, 2021 at 10:00 a.m. | April 8, 2021<br>~~March 25, 2021~~ at 10:00 a.m. |

DATED: October 27, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

-1-

CASE NO. 3:17-CV-03193-VC
ORDER GRANTING STIPULATED REQUEST FOR ENTRY OF THIRD AMENDED SCHEDULING ORDER