**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JAIME JENSEN, On Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v.

NATROL, LLC, a Delaware limited liability company,

Defendant.

CASE NO.: 3:17-CV-03193-VC

**ORDER** DENYING **~~GRANTING~~ STIPULATED REQUEST TO STAY SCHEDULE FOR 30 DAYS**

Judge: Hon. Vince Chhabria
Ctrm: 4, 17th Floor

Having considered the Parties' Stipulated Request to Stay Schedule for 30 Days ~~and good cause appearing,~~ the Court DENIES ~~**GRANTS**~~ the Parties' Request.

~~**IT IS HEREBY ORDERED THAT** the current schedule will be stayed for 30 days and the Parties shall submit a status report to the Court on or before December 16, 2020.~~

DATED: November 17, 2020

HON. ... IA
UNIT... T COURT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Vince Chhabria