# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JENSEN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATROL LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 3:17-CV-03193-VC<br><br>**ORDER GRANTING REQUEST TO VACATE CLASS CERTIFICATION DEADLINES AND SET DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Vince Chhabria<br>Ctrm: 4, 17th Floor |

Having considered the Parties' Joint Notice of Settlement and Request to Vacate Class Certification Deadlines and Set Deadline for Motion for Preliminary Approval and good cause appearing, the Court **GRANTS** the Parties' Request.

**IT IS HEREBY ORDERED THAT** the Parties shall have forty-five days during which to finalize the settlement and file a motion for preliminary approval of the settlement. All other current and pending deadlines shall be vacated.

DATED: December 8, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES COURT JUDGE

Given how long this case has dragged on, the Court does not anticipate granting any requests to extend this deadline.

CASE NO. 3:17-CV-03193-VC
ORDER GRANTING REQUEST TO VACATE CLASS CERTIFICATION DEADLINES AND SET DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL