# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JENSEN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATROL, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 3:17-CV-03193-VC<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL**<br><br>Judge: Hon. Vince Chhabria<br>Ctrm: 4, 17th Floor |

Having considered the Parties' Joint Request for Dismissal and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's individual claims against Defendant in this matter are dismissed with prejudice. Plaintiff's class claims are dismissed without prejudice and without classwide notice. Each Party shall pay their own attorneys' fees and costs, other than as provided for in the Settlement.

DATED: January 25, 2021

_____
HON. VINCE CHHABRIA

APPROVED
Judge Vince Chhabria

CASE NO. 3:17-CV-03193-VC
ORDER GRANTING JOINT REQUEST FOR DISMISSAL